

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2022

No. 04-22-00312-CV

**IN THE INTEREST OF M.R.P.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00799
Honorable Kimberly Burley, Judge Presiding

# O R D E R

Sitting: Luz Elena D. Chapa, Justice
      Beth Watkins, Justice
      Liza A. Rodriguez, Justice

On October 17, 2022, appellant filed a petition for review in the Texas Supreme Court. Later that same day, appellant filed a motion for rehearing in this court. "A party may not file a motion for rehearing or en banc consideration in the court of appeals after that party has filed a petition for review in the Supreme Court unless the court of appeals modifies its opinion or judgment after the petition for review is filed." TEX. R. APP. P. 49.11. Accordingly, appellant's motion for rehearing is **DENIED**. *See* TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court